IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kelly L. Coley,               :

    Plaintiff,            :

  v.                          :     Case No. 2:16-cv-258

                             :
State of Ohio DRC,                 Magistrate Judge Kemp

    Defendant.            :

ORDER

    Plaintiff has moved to stay this case until he obtains a lawyer.  The motion sets forth good cause and the motion (Doc. 14) is therefore granted.  This case is stayed for thirty days.  Plaintiff is advised that he must either obtain counsel within the thirty days or file his response to the motion to dismiss.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge